IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
APR 21 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

RICHARD E. CHATMAN, II

Case No. 2:17mj222
Court Date: May 17, 2017

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation No. 6684176

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 17, 2017, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, RICHARD E. CHATMAN, II, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

17  April  2017
Date